1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   PHAM HUU DUC,                          | Case No. CV 14-1273 SS

12                  Petitioner,

13        v.                                          **JUDGMENT**

14   UNITED STATES OF AMERICA, et
     al.,

15

16                  Respondents.

17

18        IT IS HEREBY ADJUDGED that the above-captioned action is

19   dismissed without prejudice for lack of jurisdiction.

20

21   DATED:  August 28, 2014

                                          /S/
22                                   _____
                                     SUZANNE H. SEGAL
23                                   UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28